UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY ROY KEETON, | No. 2:20-cv-2270-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 23, 2020, the court issued an order informing plaintiff that to proceed with a civil action, he must pay the filing fee (now $402) required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). ECF No. 4. The court further informed plaintiff that if he wished to proceed, he must submit either the filing fee or the application required by § 1915(a) within 30 days from the date of service of the order. Plaintiff has yet to respond to that order, instead filing a motion for appointment of counsel and a motion to amend his complaint. ECF No. 7. The court cannot rule on those motions or screen the original complaint (ECF No. 1) until plaintiff pays the filing fee or seeks leave to proceed in forma pauperis.

Accordingly, the Clerk of the Court is again directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Within 30 days from the date of service of this order,

1

plaintiff shall either pay the filing fee or file an application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated:  December 21, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE